UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 

BRADLEY COOPER,

                        Plaintiff,            21-CV-0854 (JMF)

        -v-                                           ORDER

BONOBOS, INC.,

                        Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 34, Defendant's earlier motion to dismiss filed at ECF No. 22 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **May 19, 2021**. Defendant's reply, if any, is due by **May 26, 2021**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

       The Clerk of Court is directed to terminate ECF No. 22 and to remove Darrell Kemp — who is no longer a party to this action — from the case caption.

       SO ORDERED.

Dated: May 6, 2021
       New York, New York                              JESSE M. FURMAN
                                                         United States District Judge