**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRADLEY COOPER, on behalf of himself and all
others similarly situated,

                              Plaintiff,

            -against-

BONOBOS, INC.,

                              Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2022
```

21 **CIVIL** 854 (JMF)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 19, 2022, in short, Cooper fails to allege

any injuries that are "certainly impending" or based on a "substantial risk that the harm will

occur." Clapper, 568 U.S. at 409, 414 n.5 (quotation marks omitted). Thus, Cooper's claims must

be and are dismissed without prejudice for lack of subject-matter jurisdiction, and the Court need

not - indeed, may not - address Bonobos's other arguments. See, e.g., Hernandez v. Conriv

Realty Assocs., 182 F.3d 121, 123 (2d Cir. 1999) ("Article III deprives federal courts of the

power to dismiss a case with prejudice where federal subject matter jurisdiction does not exist.").

Moreover, although leave to amend should be freely given "when justice so requires," Fed. R.

Civ. P. 15(a)(2), it is "within the sound discretion of the district court to grant or deny leave to

amend," Broidy Cap. Magmt. LLC v. Benomar, 944 F.3d 436, 447 (2d Cir. 2019) (internal

quotation marks omitted). Here, Cooper already amended his pleadings once after Bonobos

moved to dismiss, and he "fail[s] to show how amendment could... demonstrate[] a cognizable

injury suffice to support Article III standing. Thus, any further amendment would [be] futile."

Treiber v. Aspen Dental Mgmt., Inc., 635 F. App'x 1, 2 (2d Cir. 2016) (summary order);

accordingly, the case is closed.

**Dated:**  New York, New York

January 19, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**